**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO BECERRA, | CASE NO. SA CV 09-01356 JHN (RZ) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LARRY SMALL, WARDEN, | AND DENYING MOTION TO STAY AND ABEY THE ACTION |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

Petitioner's motion to stay and abey the action is denied.


DATED: June 8, 2011


_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE