**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO BECERRA, | CASE NO. SA CV 09-01356 JHN (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| LARRY SMALL, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of JUAN PABLO BECERRA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, the motion is denied, and the action is dismissed with prejudice.

DATED: June 8, 2011

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE